No. 10–11231. LORINDA J. H. *v.* WINNEBAGO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES. Ct. App. Wis. Certiorari denied.

No. 10–11232. GLAVIANO *v.* DENNEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–11233. HOLMES *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–11234. GENTIS *v.* MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 10–11236. FOGLE *v.* SLACK ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–11237. GIPSON *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–11238. HEARN *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–11239. FORDE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–11240. ARIAS-CEJA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–11241. CHESTNUT *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–11242. DANIEL *v.* LONG ISLAND HOUSING PARTNERSHIP, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–11243. CLARK *v.* RICHMOND DEPARTMENT OF SOCIAL SERVICES. Sup. Ct. Va. Certiorari denied.

No. 10–11245. COTTON *v.* BRYANS LAND CO., LLC. C. A. 11th Cir. Certiorari denied.

No. 10–11246. CLEMONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.